902

judgment is affirmed. Dissenting: Mr. Justice Black, Mr. Justice Frankfurter, and Mr. Justice Douglas. *Lubin F. Laurent* argued the cause for petitioner. With him on the brief was *Henry P. Viering*. *Michael E. Culligan,* Assistant Attorney General of Louisiana, and *Frank H. Langridge* argued the cause for respondent. With them on the brief was *Bolivar E. Kemp, Jr.,* Attorney General.

No. 409, Misc. Tate *v.* California et al. Application denied.

No. 413, Misc. Ex parte McCarley, Administrator; and

No. 415, Misc. City of Paducah et al. *v.* Shelbourne, U. S. District Judge. Motions for leave to file petitions for writs of mandamus denied. *C. Ray Robinson* and *James A. Cobey* for McCarley. *James G. Wheeler* for petitioners in No. 415, Misc.

No. 564. United States ex rel. Giese *v.* Chamberlin, Commanding General, et al. C. A. 7th Cir. Certiorari granted. *Albert E. Hallett* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Robert S. Erdahl* and *J. F. Bishop* for respondents.

No. 282. United States *v.* Rogue River Tribe of Indians et al. Court of Claims. Certiorari denied. Mr. Justice Black is of the opinion certiorari should be granted. *Solicitor General Perlman* for the United